```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

HOLLIS BOUTAIN AND EDNA FAYE              CIVIL ACTION
BOUTAIN

VERSUS                                    NO: 11-1907

RADIATOR SPECIALTY CO., ET AL.            SECTION: R
```

### ORDER AND REASONS

Before the Court is defendants' motion to extend the pretrial motion and discovery deadlines.[1] Federal Rule of Civil Procedure 16(b) provides that a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b). Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix,* 86 F.3d 429, 434 (5th Cir. 1996). In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide," for it "must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's." *Streber v. Hunter,* 221 F.3d 701, 736 (5th Cir. 2000).

The Court finds that good cause has not been shown for a continuance of the discovery or motions deadline. Upon defendants' request, the trial was continued until April 22, 2013. The pre-trial conference is presently set for April 4, 2013. Extending the motions deadline by two weeks would not

---

[1]   R. Doc. 89.

provide the Court with adequate time to consider the many dispositive motions and motions *in limine* regarding expert testimony likely to be filed. Moreover, defendants have already sought and received a continuance of trial on the grounds that significant discovery remained, in particular the deposition of experts.[2] In their motion, defendants state that they deposed plaintiffs' primary expert on February 22, 2013, before the deadline to submit their motions *in limine*. That defendants must also defend their experts in depositions conducted by plaintiffs does not merit a continuance of the deadlines. Nor does defendants' invocation of plaintiffs' motion to strike witnesses, which the Court will address in a separate order. Should the Court find that additional depositions are needed after the discovery deadline, it will adjust the scheduling order accordingly. Because the Court does not find that defendants have demonstrated good cause for a continuance, defendants' motion is denied.

New Orleans, Louisiana, this 25th day of February, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2] *See* R. Doc. 60 (order granting motion to continue).