UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOLLIS BOUTIAN and<br>EDNA FAYE BOUTIAN<br>　　　　Plaintiffs | CIVIL ACTION NO.: 11-1907<br><br>SECTION: R (3) |
| VS. | JUDGE:   VANCE |
| RADIATOR SPECIALTY COMPANY<br>CHEVRON USA, INC. as successor to Gulf,<br>Oil Corp., EXXONMOBIL OIL CORP.,<br>OIL INSURANCE LTD., AND<br>INSCO, LTD.<br>　　　　Defendants | MAGISTRATE: KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

　　Pursuant to Local Rule 78.1 (e), Plaintiffs, Hollis Boutian and Edna Faye Boutian, respectfully request oral arguments on all Motions set for March 13, 2013, Record documents: 109, 112, 114, 116, 117, 118, 119, 120, 121, 113, and  115. It is respectfully submitted that oral argument will assist the Court in its consideration of these issues.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Amber E. Cisney*
　　　　　　　　　　　　　　　　RICHARD J. FERNANDEZ, LSBN 05532
　　　　　　　　　　　　　　　　AMBER E. CISNEY, LSBN 28821
　　　　　　　　　　　　　　　　**LAW OFFICE OF RICHARD J. FERNANDEZ,** LLC
　　　　　　　　　　　　　　　　3000 West Esplanade Avenue, Suite 200
　　　　　　　　　　　　　　　　Metairie, Louisiana  70002
　　　　　　　　　　　　　　　　Telephone: (504) 834-8500
　　　　　　　　　　　　　　　　Facsimile: (504) 834-2609
　　　　　　　　　　　　　　　　rick@rjfernandez.net
　　　　　　　　　　　　　　　　amber@amlbenzene.net

　　　　　　　　　　　　　　　　　　&

　　　　　　　　　　　　　　　　L. ERIC WILLIAMS, JR., LSBN 26773

                    **WILLIAMS LAW OFFICE, LLC**
                    433 Metairie Rd., Suite 302
                    Metairie, Louisiana  70005
                    Telephone: (504) 832-9898
                    Facsimile:  (504) 834-1511
                    eric@amlbenzene.net
                    **ATTORNEY FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding by email or facsimile on this 28th day of February, 2013.


                    ____/s/Amber E. Cisney_____