**MINUTE ENTRY**
**KNOWLES, M.J.**
**MARCH 26, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOLLIS BOUTAIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1907** |
| **RADIATOR SPECIALTY COMPANY, et al** | **SECTION "R" (3)** |

A Settlement Conference was conducted this date.

Present:   Eric Williams
Hollis Boutain
Edna Boutain
Rick Fernandez
John A. Venezia
Barbara Arras
Patrick Talley, Jr.
Tom Deal

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

*[signature]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(2:30)